No. 02–5168. GONZALEZ-WALKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5169. VARGA *v.* BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–5170. MARTINEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5171. LEWIS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5173. MATTHEWS *v.* RESEARCH FOUNDATION, STATE UNIVERSITY OF NEW YORK, BUFFALO. C. A. 2d Cir. Certiorari denied.

No. 02–5174. TORRES *v.* BRILEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–5175. TOWNSEND *v.* ELLINGER ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–5176. DERDEN *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 02–5177. STEELEY *v.* DEPARTMENT OF LABOR ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–5178. YOUNG *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5179. CARTER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 02–5180. ALLEN *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 02–5181. MOSELEY *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C. Certiorari denied.

No. 02–5182. STOKES *v.* LEONARD, WARDEN. C. A. 6th Cir. Certiorari denied.